## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.  06-11877-BKC-AJC

FALCON AIR EXPRESS, INC.,                           Chapter 11

            Debtor.

_____/

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF CONFIRMED
## CHAPTER 11 PLAN

Kenneth A. Welt, Chapter 11 Trustee ("Trustee") for Debtor, Falcon Air Express, Inc. ("Falcon Air" or "Debtor"), by and through undersigned counsel, hereby gives notice that the Effective Date of the Modified Second Amended Chapter 11 Plan of Reorganization for Falcon Air Express, Inc. Jointly Proposed by Kenneth A. Welt, Chapter 11 Trustee, and iflyusa corporation (C.P. No. 701), as confirmed and approved by the Court's Order entered May 1, 2007 (C.P. No. 703), occurred on June 8, 2007.

I HEREBY CERTIFY that a true and correct copy of this Notice was served via first class U.S. mail, postage prepaid, upon all parties and counsel identified on the attached Service List on June 12, 2007.

Respectfully submitted,
**KATZ BARRON SQUITERO FAUST**
*Attorneys for Chapter 11 Trustee*
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
Telephone:  (305) 856-2444
Facsimile:  (305) 285 -9227

By: /s/ Frank P. Terzo_____
    Frank P. Terzo
    Fla. Bar No. 906263

Office of the U.S. Trustee*
51 S.W. First Avenue
Suite 1204
Miami, Florida 33130

Aviation Refinance Transaction LLC*
c/o Pratt & Whitney
400 Main Street
East Hartford, Connecticut 06108

Immigration and Naturalization
P.O. Box 93963
Chicago, IL 60601

Transportation Security Administration
Office of Revenue TSA-14
601 S. 12th Street
West Tower-12th Floor
Arlington, VA 22202

Southeast Marine and Aviation*
The Colonnade, Room 200
2333 Ponce de Leon Blvd.
Coral Gables, Florida 33134

Jet Tech C.R. Corporation*
409 Hallandale Beach Blvd., Suite 203
Hallandale, Florida 33009

U.S. Department of Agriculture
TIN 59-2759905 QA USDA
AHPIS AQI
P.O. Box 979044
St. Louis, MO 63197-6000

Defense Finance Accounting Services
CO/FPS/FDAS Columbs Center
P.O. Box 182204
Columbus, OH

Mr. Robert C. Coile
Chief Financial Officer
Falcon Air Express, Inc.
9500 N.W. 41st Street
Miami, FL 33178
bcoile@falconairexpress.net

Pegasus Aviation, Inc.*
4 Embarcadero Center
Suite 3550
San Francisco, California 94111

Pegasus Aviation, Inc.*
Four Embarcadero Center
Suite 3550
San Francisco, California 94111

Dade County Aviation Department
PFC Accounting Division
P.O. Box 592616
Miami, Florida 33159

First Insurance Funding Corporation
450 Skokie Blvd. Suite 1000
P.O. Box 3306
Northbrook, IL 60062

Phoenix Fuel
304 Coffen Avenue
Sheridan, WY 82801

9500 Building Limited
2020 King Air Court
Daytona Beach, Florida 32128-6931

Office National De Republique d'Haiti
B.P. 1346
Port-Au-Prince, Haiti

Worldwide Flight Services
P.O. Box 910337
Dallas, TX 75391-0337

Falcon Air Express, Inc.
Majel Aircraft Leasing Corp.
9500 NW 41 Street
Miami, FL 33178

North Shore Leasing & Funding, Inc.*
17 Concord Drive
Northport, New York 11768

TotalBank
2720 Coral Way
Miami, FL 33145

U.S. Treasury* (Replaced with IRS
Address below)
Rina Stacy
Apply Trust Fund TS
51 S.W. First Avenue, Suite 700
Miami, Florida 33130

Hamilton Aerospace Technologies, Inc.*
P.O. Box 23009
Tuscon, Arizona 85734

U.S. Department of Treasury
P.O. Box 105576
FMS DMS
Atlanta, GA 30348

Commercial Jet Inc.*
P.O. Box 668500
Miami, FL 33166-9417

Aviation Brake Service, Inc.*
7274 N.W. 34th Street
Miami, Florida 33122

Jet Solution International, Inc.
1525 NW 56th Street
Suite NO. 202
Ft. Lauderdale, FL 33309

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

BERGER SINGERMAN, P.A.*
Paul S. Singerman, Esq. and
Brian G. Rich, Esq.
315 South Calhoun Street, Suite 712
Tallahassee, Florida 32301
brich@bergersingerman.com

Credit Suisse First Boston Agent
11 Madison Avenue
New York, NY 10010

Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL 60197-6434

Hamilton Aerospace Technologies
P.O. Box 23009
Tuscon, AZ 85734

Southeast Marine and Aviation*
The Colonade, Room 200
2333 Ponce de Leon Blvd.
Coral Gables, FL  33134

Vista Health Plans, Inc.
P.O. Box 30741
Tampa, Florida  33630-3741
(Acct # D3280401)

MetLife
One Madison Avenue
New York, New York  10010-3690
(A/C # - Dental)

Florida Power & Light
General mail Facility
Miami, Florida  33188-0001
(A/C # 95813-79295)

Imperial Sanitation
8160 N.W. 93rd Street
Medley, Florida  33166
(A/C # 1-48420-4)

Miami Dade Water & Sewer
P.O. Box 020280
Miami, FL 33102-0280
(A/C #5687985200)

Bellsouth
P.O. Box 70807
Charlotte, NC 28272-0807

First Insurance Funding Corp
450 Skokie Blvd., Suite 1000
P.O. Box 3306
Northbrooke, IL 60065-3306

Nextel Communications
P.O. Box 4181
Coral Stream, Illinois 60197-4181

AFLAC
Remittance Processing Center
1932 Wynn Tan Road
Colubus, GA 31999-0001

The Guardian Insurance
1560 Valley Center Parkway, Suite 100
Bethlehem, PA 10817

XO Communications
9201 N. Central Expressway
Dallas, Texas  75231-5961

Ford Motor Credit Co.
P.O. Box 105697
Atlanta, Georgia  30348-5697
(A/C # 34175808; 34175587)

Bank of America
P.O. Box 25118
Tampa, FL 33622-5118
(A/C #34-4708-5504)

Carol L. Chase, Esq.
Executive VP and General Counsel
Pegasus Aviation, Inc.*
Four Embarcadero Center, Suite 3550
San Francisco, California  94111
cchase@pegasusaviation.com

James A. Raff
Managing Director
RPK Capital Management Group, L.L.C.
203 N. LaSalle Street
Suite 2100
Chicago, IL 60601

IAL Power Supply LLC
9021 Shadow Glen Way
Ft. Myers, FL 33913

~~World Air Leasing~~
~~3225 McLeod Drive, Suite 100~~
~~Las Vegas, Nevada  89121~~

~~Aeropostal – ALAS Venezuela, C.A.*~~
~~Torre Polar Oeste, Piso 23~~
~~Avenido  paseo Colon – Plaza Venezuela~~
~~Caracas 1050 Venezuela~~

CARA Engine Services, Inc.
3230 W. Prospect, Suite 170
Ft. Lauderdale, FL 33309

Pacific Aircorp 19985, Inc.
As Assignee of Pegasus Aviation, Inc.
Four Embarcadero Center
Suite 3550
San Francisco, CA 94111

David Weitman, Esq.
Counsel for RPK Capital Managt Group
Hughes/Luce, LLP
1717 Main Street, Suite 2800
Dallas, Texas  75201
dweitman@hughesluce.com

James Billingsley, Esq.
for RPK Capital Managt Group
Hughes/Luce, LLP
1717 Main Street, Suite 2800
Dallas, Texas  75201
dweitman@hughesluce.com

~~Mr. James A. Raff, President~~
~~RPK Capital Management Group LLC~~
~~1640 West Hubbard Street~~
~~Chicago, Illinois  60622~~
~~jraff@rpkcapital.com~~

~~Mr. Paul Redman~~
~~RPK Capital Management Group LLC~~
~~1640 West Hubbard Street~~
~~Chicago, Illinois  60622~~
~~predman@rpkcapital.com~~

Robert S. Schatzman, Esq.*
Adorno & Yoss, LLP
2525 Ponce De Leon Suite 400
Coral Gables, Florida  33134
RAS@adorno.cp,

Paul L. Orshan, Esquire
Counsel for RPK Capital
Duane Morris LLP
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
plorshan@duanemorris.com

Drew M. Dillworth, Esq, *
Counsel for Emelio Dirube
Stearns Weaver Miller
150 West Flagler Street Suite 2200
Miami, Florida  33130
ddillworth@swmwas.com

James D. Silver, Esquire
Counsel for Phoenix Fuel
Carlton Fields, PA
100 SE 2nd Street
Suite 400
Miami, FL 33131

David M. Levine, Esq. *
Counsel for Lakes Edge Comm. Properties
Tew Cardenas, LLP
1441 Brickell Avenue, 15th Floor
Miami. Florida 33131
dml@tewlaw.com

Gregg M. Ficks, Esq.
Counsel for Pegasus Aviation, Inc.
Cobentz, Patch, Duff & Bass, LLP
One Ferry Building Suite 200
San Francisco, CA 94111
gficks@coblentzlaw.com

Coralee G. Penabad, Esq. *
Local Counsel for Pegasus Aviation, Inc.
Hellinger & Penabad, P.A.
3050 Biscayne Boulevard, Suite 700W
Miami, FL 33137
cpenabad@h-plegal.com

Andrea Horowitz Handel
United States Dept of Justice, Civil Div.
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Andrea.handel@usdoj.gov

Roy S. Kobert, Esquire
Broad and Cassel
Attorneys for Greater Orlando Aviation
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801
rkobert@broadandcassel.com

The Port Authority of New York and
New Jersey
c/o Jordan M. Newman
225 Park Avenue, 13th Floor
New York, NY 1003

Brian Tague, Esq. *
Counsel for Lakes Edge Comm. Properties
Tew Cardenas, LLP
1441 Brickell Avenue, 15th Floor
Miami. Florida 33131

Vivian Rodriguez
Office of Chief Counsel
51 SW First Avenue, Room 1114
Miami, FL 33130

Wells Fargo Financial Leasing, Inc.
P.O. Box 6434
Carol Stream, IL 60197-6434

Alberto Gonzalez, U.S. Attorney
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

J. Davis Leamon, Esquire
Counsel for Aviation Refinancing
Curtis, Mallet-Prevost, Colt
101 Park Avenue
New York, NY 10178-0061

Andrew Hellinger, Esq. *
Local Counsel for Pegasus Aviation, Inc.
Hellinger & Penabad, P.A.
3050 Biscayne Boulevard, Suite 700W
Miami, FL 33137
ahellinger@h-plegal.com

Gregory S. Grossman, Esq.
Counsel for Aeropostal Alas de Venezuela
CA
701 Brickell Ave, 16th Floor
Miami, FL 33131

John W. Kozyak, Esq.
Attorney for Jetglobal, L.L.C.
Kozyak, Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd, Suite 900
Coral Gables, FL 33134
jk@kttlaw.com

Peter D. Russin, Esq.
Meland Russin & Budwick, P.A.
Wachovia Financial Center
200 S. Biscayne Blvd., Suite 300
Miami, FL 33131

Aviation Brake Service, Inc.
c/o Law Offices of Lionel Barnet, P.A.
9100 S. Dadeland Blvd., #404
Miami, Florida 33156

James Fry, Esquire
General Counsel, Global Aircraft Solutions
Jetglobal, LLC
6901 S. Park Ave
Tuscon, AZ 85706

Copyco, Inc.
Deerfield Commerce Center
1011 SW 39Ave
Deerfield Beach, FL 33442

Lynn Gollin, Esquire
Counsel for Lakes Edge Comm. Properties
Tew Cardenas, LLP
1441 Brickell Avenue, 15th Floor
Miami. Florida 33131

R. Alexander Acosta
U.S. Attorney
99 NE 4th Street
Miami, FL 33131

Adrian J. Villaraos, Esq. *
Attorneys for World Fuel Services, Inc,
Shutts & Bowen LLP
201 South Biscayne Blvd., Suite 1500
Miami, Florida 33131
avillaraos@shutts-law.com

Jeffrey P. Bast, Esq.
Attorney for 9500 Building, Ltd.
Hunton & Williams, LLP
1111 Brickell Ave, Suite 2500
Miami, FL 33131
jbast@hunton.com

Linda Eugene
Paralegal Collection Specialist
Miami-Dade County Paralegal Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130
darlie@miamidade.gov

Gerald M. Kouri, Jr., Esquire
Attorney for FMCC
5311 King Arthur Avenue
Davie, FL 33331

Thomas P. Abbott, Esquire
Assistant County Attorney's Office
Miami-Dade County Attorney's Office
P.O. Box 025504
Miami, FL 33102-5504

Carlos L. De Zayas, Esq.
Lydecker Lee Behar Berga & De Zayas
1201 Brickell Ave., Ste 200
Miami, FL 33131

Robert Coile
4068 Forest Hill Drive
Cooper City, Florida 33026

Copyco Inc.
P.O. Box 7247-0322
Philadelphia, PA 19170-0322

Steven D. Grimberg, Esquire
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044

Internal Revenue Service
P.O. Box 17167
Stop 5730
Ft. Lauderdale, FL 33318

Ronald T. Bevans, Jr.
1221 Brickell Ave, Suite 2660
Miami, FL 33131-3259

Tina M. Talarchyk, Esq.
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

David A. Geiger
McKenna Long & Aldridge, LLP
303 Peachtree Street, #5300
Atlanta, GA 30308

Fredrick Farber, Esq.
Attorneys for Nittany Express, Inc.
110 Regent Court, #202
State College, PA 16801

Joel Knee, Esq.
6565 Taft Street, Suite 400
Hollywood, FL 33024-4000

Scott H. Marcus, Esq.
Scott H. Marcus & Associates
121 Johnson Road
Turnersville, NJ 08012

F. Darrell Richardson
SkyValue Airlines, Inc.
1100 Lee Wagener Blvd., Suite 205
Ft. Lauderdale, FL 33315

Lisa M. Schiller, Esq.
Rice Pugatch et al.
101 NE 3rd Ave., Suite 1800
Tower 101
Ft. Lauderdale, FL 33301

Dr. Abiola Familusi
c/o Paul J. McMahon, Esq.
Paul Joseph McMahon, P.A.
The Wiseheart Building
2840 S.W. Third Ave.
Miami, Florida 33129

MSA V c/o AWAS Aviation Services, Inc.
c/o Sheldon L. Solow
Kaye Scholer LLC
70 W. Madison Street
Suite 4100
Chicago, IL 60602
Master Air Corporation
1550 Madruga Ave
Suite #414
Coral Gables, FL 33146

Arnold Leonora
7453 Woodruff Way
Stone Mountain, GA 30087

Brickell Asset Management, LLC
3814 Curtiss Parkway
Virginia Gardens FL 33166

* is provided as a reference for use when
partial    service is conducted via facsimile.